**Unula Boo Shawn ABEBE,**
**Plaintiff—Appellant,**

v.

**RICHLAND COUNTY, Columbia**
**Police Department, City of,**
**Defendants—Appellees.**

No. 10–6869.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 28, 2010.

Unula Boo Shawn Abebe, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Unula Abebe, a state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abebe v. Richland Cnty.*, No. 0:09–cv–02469–MBS, 2010 WL 2431062 (D.S.C. June 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*